USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEXY AVILA,

                            Plaintiff,

        -against-

STACY TENZIE, NYC Correctional Officer,
Shield No. 1478,

                            Defendant.

19-CV-11920 (VEC)

ORDER OF SERVICE

VALERIE CAPRONI, United States District Judge:

Plaintiff, currently detained in the Rose M. Singer Center on Rikers Island, brings this

*pro se* action under 42 U.S.C. § 1983, alleging that Defendant violated her federal constitutional

rights. By order dated January 16, 2020, the Court granted Plaintiff's request to proceed without

prepayment of fees, that is, *in forma pauperis* ("IFP").[1]

## DISCUSSION

**A.      Waiver of Service**

The Clerk of Court is directed to notify the New York City Department of Correction and

the New York City Law Department of this order. The Court requests that New York City

Correction Officer Stacy Tenzie, Shield No. 1478, waive service of summons.

**B.      Application for the Court to Request Pro Bono Counsel**

Plaintiff also submits an application for the court to request *pro bono* counsel. (ECF No.

4.) The factors to be considered in ruling on an indigent litigant's request for counsel include the

merits of the case, Plaintiff's efforts to obtain a lawyer, and Plaintiff's ability to gather the facts

and present the case if unassisted by counsel. *See Cooper v. A. Sargenti Co.*, 877 F.2d 170, 172

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been
granted permission to proceed IFP. *See* 28 U.S.C. § 1915(b)(1).

(2d Cir. 1989); *Hodge v. Police Officers,* 802 F.2d 58, 60-62 (2d Cir. 1986). Of these, the merits are "[t]he factor which command[s] the most attention." *Cooper*, 877 F.2d at 172. Because it is too early in the proceedings for the Court to assess the merits of the action, Plaintiff's motion for counsel is denied without prejudice to renewal at a later date.

### CONCLUSION

The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

The Clerk of Court is directed to electronically notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Defendant New York City Correction Officer Stacy Tenzie, Shield No. 1478, waive service of summons.

The Court denies Plaintiff's application for the Court to request *pro bono* counsel (ECF No. 4), without prejudice to renewal.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: February 5, 2020
      New York, New York

                                       VALERIE CAPRONI
                             United States District Judge