UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

LEXY AVILA,                                           :

            Plaintiff,                   :       **ORDER**

     -against-                                    :
                                                                 19 Civ. 11920 (VEC)(GWG)

STACY TENZIE, NYC CORRECTIONAL,        :
OFFICER SHIELD NO. 1478
                                                                  :

            Defendant.
---------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

     On reconsideration and in light of plaintiff having been put in isolation, the Order setting a deadline for plaintiff's response as January 28, 2021 (Docket # 44), is vacated.  The plaintiff shall file her response within 21 days of her release from isolation or by May 3, 2021, whichever is <u>earlier</u>.  The Court will not accept any filing after May 3, 2021.  The case is stayed until such date.  The defendant's reply is due 21 days after plaintiff's filing.

     The Clerk is requested to mail a copy of this order to plaintiff.

     SO ORDERED.

Dated: January 7, 2021
       New York, NY

                                                        GABRIEL W. GORENSTEIN
                                                        United States Magistrate Judge